# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. CV F 10-2296 LJO SMS |
| Plaintiff, | **ORDER TO TAKE MOTION TO DISMISS UNDER SUBMISSION** |
| vs. | |
| OLEN L. CAMPBELL, et al., | |
| Defendants. / | |
| AND THIRD-PARTY ACTION. / | |

This Court VACATES the August 11, 2011 hearing on Dish Network, LLC's motion to dismiss and considers the motion on the record, pursuant to Local Rule 78-230(c). This Court will issue a written ruling on the motion.

Due to this Court bearing the heaviest caseload in the nation and its inability to hold to scheduled dates, the parties are encouraged to consider consent to the conduct of further proceedings by a United States Magistrate Judge.

IT IS SO ORDERED.

**Dated:   August 5, 2011**                    /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE