UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> OLEN L. CAMPBELL, individually and d/b/a/ SPORTS CLUB; and CAMCO INVESTMENTS, INC., an unknown business entity d/b/a/ SPORTS CLUB <br><br> Defendants, <br> _____ <br> OLEN L. CAMPBELL, individually and d/b/a/ SPORTS CLUB; and CAMCO INVESTMENTS, INC., an unknown business entity d/b/a/ SPORTS CLUB, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> DISH NETWORK, L.L.C. <br><br> Third-Party Defendant. | CASE NO.  1:10-cv-02296-LJO-SMS <br><br> **ORDER GRANTING DISH NETWORK LLC'S EX PARTE APPLICATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** <br><br> **FRCP 6(b); ED CA Local Rule 144** <br><br> Date     :     TBD <br> Time    :     8:30 A.M. <br> Dept.    :     4 <br><br> Hon. Lawrence J. O'Neill |

/ / /

1

**[PROPOSED ORDER] GRANTING DISH NETWORK LLC'S EX PARTE APPLICATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**

512325.1  949.30845

/ / /

The ex parte application of Third-Party Defendant DISH NETWORK, LLC ("DISH NETWORK") for an order to extend time to file a responsive pleading to the First Amended Third-Party Complaint came on regularly for hearing before this court in Dept. 4, the Honorable Lawrence J. O'Neil presiding.

After full consideration of the evidence, the legal authority submitted by counsel, as well as counsels' oral argument, the Court finds to its satisfaction that good cause exists to extend the time within which DISH NETWORK may file a responsive pleading to the First Amended Third-Party Complaint of Third-Party Plaintiffs.

For this reason, and for good cause appearing therefore:

IT IS HEREBY ORDERED THAT DISH NETWORK shall file and serve a response to the First Amended Third-Party Complaint no later than October 28, 2011.

IT IS SO ORDERED.

Dated: **September 13, 2011**          /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE