1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**
9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11   JOE HAND PROMOTIONS, INC.,                  CASE NO. CV F 10-2296 LJO SMS
12                     Plaintiff,                **ORDER TO DISMISS**
13        vs.                                    (Doc. 37.)
14   OLEN L. CAMPBELL, et al.,
15                     Defendants.
     _____/
16
17   AND THIRD-PARTY ACTION.
18   _____/
19
20        Based on the third-party plaintiffs and third-party defendant Dish Network, L.L.C.'s stipulation
21   for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court DISMISSES with prejudice the third-party
22   action against Dish Network, L.L.C. only.  The clerk is direct not to close this action.
23        IT IS SO ORDERED.
24   **Dated:   October 31, 2011**            **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE
25
26
27
28

                                    1