IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. CV F 10-2296 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS** |
| vs. | (Doc. 37.) |
| OLEN L. CAMPBELL, et al., | |
| Defendants. / | |
| AND THIRD-PARTY ACTION. / | |

Based on the third-party plaintiffs and third-party defendant Dish Network, L.L.C.'s stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court DISMISSES with prejudice the third-party action against Dish Network, L.L.C. only. The clerk is direct not to close this action.

IT IS SO ORDERED.

**Dated:   October 31, 2011**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1