UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. CV F 10-2296 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** (Doc. 53.) |
| vs. | |
| OLEN L. CAMPBELL, et al., | |
| Defendants. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending dates and matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **October 29, 2013**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

1