UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. CV F 10-2296 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 53.) |
| vs. | |
| OLEN L. CAMPBELL, et al., | |
| Defendants. | |
| _____/ | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

    1.    DISMISSES with prejudice this entire action and all claims;

    2.    VACATES all pending dates and matters; and

    3.    DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:  **October 29, 2013**            **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE

1